NO. 7451.                STATE OF LOUISIANA.

GEORGE K. PRATT

     VS                 COURT OF APPEAL

L. GRAHAM CO, LTD.         PARISH OF ORLEANS.

# 7451

7451

# OPINION

By his Honor John St. Paul.

On April 20th, 1911 the proper officers of the City of New Orleans issued their certificate showing that certain paving had been completed on Common Street between Front and Magazine and that $179.70 was the portion of cast chargeable against the property designated as Lots 13 and 14 in Square 132, measuring 42.16 feet front on Common between tchoupitoulas Streets by 59.05 feetcin depth towards Gravier Street.

On June 15th, 1912 the paving contractor assigned the certificate and the claim evidenced thereby to the plaintiff herein, who brings this suit to recover the amount thereof.

The answer admits that at the time the paving was laid and when the certificate issued # defendant was, and still is, the owner of the very same property above described; and the only defense herein set up is that the certificate sued upon are null and void because they were issued in the name of one who was not the owner at the time the paving was done or the certificate issued; the fact being that the certificate issued in the form of a bill addressed to one A. D. Dennis, one time owner of the property, but no longer so.

The contention seems to us unfounded. It is well settled that local assessments are charges solely against the property affected and not against the owner thereof. Barber Asphalt Co vs Watts, 51 An 1546; Moody vs Chadwick, 52 An 1886. In this case the very statute under which the paving was done makes it clearly so. Act 156 of 1906, p. 277 in fine.

Under the circumstances it is quite immaterial who was described as the owner since it does not appear that any one has been or will be misled or prejudiced by the error. Kendig vs Knight, 14 N. W. 80 (Iowa); Masonic Building Ass'n vs Brown, 41 N. E. 510 (Mass)

The judgment appealed from fixes no personal liability on defendant and is therefore correct.

New Orleans, La, March 27 1919.

Judgment Affirmed.

233